UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Mikael M. Safarian,

    Plaintiff,

v.

American DG Energy Inc., et al.,

    Defendants.

Civ. No. 10-6082

ORDER

American DG Energy Inc.,

    Third-party Plaintiff,

v.

Multiservice Power Inc.,

    Third-party Defendant.

THOMPSON, U.S.D.J.

For the reasons stated in the Opinion issued this same day,

IT IS, on this 24th day of November, 2015

ORDERED AND ADJUDGED that the Motion for Summary Judgment of Defendant (ECF No. 44) is GRANTED with respect to Counts 2, 3, 8, and 9, and judgment shall be entered in its favor on those counts from the Amended Complaint; and it is

ORDERED AND ADJUDGED that the Motion for Summary Judgment of Defendant (ECF No. 44) is DENIED with respect to Count 10; and it is

ORDERED AND ADJUDGED that the Motion for Summary Judgment of Plaintiff (ECF No. 45) is DENIED.

*/s/ Anne E. Thompson*
ANNE E. THOMPSON, U.S.D.J.