## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

MIKAEL M. SAFARIAN

    Plaintiff,

v.

AMERICAN DG ENERGY INC. et al,

    Defendant.

Civ. No. 10-6082

**VERDICT SHEET**

1. Has Plaintiff proven, by a preponderance of the evidence, that, under the law, he was an employee of ADG at the time of his termination?

    YES _____  NO __X__

    If your answer is "No," please report that you have concluded your deliberations.

    If your answer is "Yes," proceed to Question 2.

2. Has Plaintiff proven, by a preponderance of the evidence, that he had a reasonable belief that ADG was intentionally committing fraud by overbilling customers?

    YES _____  NO _____

    If your answer is "No," please report that you have concluded your deliberations.

    If your answer is "Yes," proceed to Question 3.

3. Has Plaintiff proven, by a preponderance of the evidence, that he reported ADG's policy of overbilling customers by fraud to any government authority or ADG senior corporate management?

    YES _____  NO _____

If your answer is "No," please report that you have concluded your deliberations.

If your answer is "Yes," proceed to Question 4.

4. Has Plaintiff proven, by a preponderance of the evidence, that ADG terminated Plaintiff for complaining about ADG's practice of overbilling customers by fraud in violation of a clear mandate of public policy?

YES _____   NO _____

If your answer is "No," or "Yes," please report that you have concluded your deliberations.

Dated: February _14_, 2017

_____
Signature of Foreperson